DAGMAR OLSEN, as Administratrix, etc., of MICHAEL OLSEN, Deceased, Respond-

ent, v. PATENT SCAFFOLDING COMPANY, Respondent, and HENRY MANDEL BUILD-ING Co., INC., Appellant; THE MICWIEL COMPANY, Respondent.— Order denying motion of Mandel Building Co., Inc., to bring in a party defendant affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.